No. 11–481. DISH NETWORK CORP. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–482. VALDEZ-BERNAL v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 11–483. PULLOS v. ALLIANCE LAUNDRY SYSTEMS, LLC. C. A. 9th Cir. Certiorari denied.

No. 11–511. CATHOLIC ANSWERS, INC., ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–532. GENERAL MOTORS CORP. v. MICHIGAN DEPARTMENT OF TREASURY. Ct. App. Mich. Certiorari denied.

No. 11–605. KIMBERLY-CLARK WORLDWIDE, INC., ET AL. v. FIRST QUALITY BABY PRODUCTS, LLC, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 11–607. CHADDA ET AL. v. MULLINS. C. A. 3d Cir. Certiorari denied.

No. 11–609. AMINI v. CITY OF MINNEAPOLIS, MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 11–615. CALIFORNIA GROCERS ASSN. v. CITY OF LOS ANGELES, CALIFORNIA, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 11–619. FLINT v. NEW YORK STOCK EXCHANGE ET AL. C. A. 6th Cir. Certiorari denied.

